## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DWIGHT ELLIS BROOKS, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:12CV00016   SWW |
| INTERNAL REVENUE SERVICE, | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the complaint is dismissed with prejudice.  The relief sought is denied.

DATED this 9th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE