**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| DWIGHT ELLIS BROOKS, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:12CV00016   SWW |
| INTERNAL REVENUE SERVICE, | * | |
| Defendant. | * | |

**Order**

      Plaintiff filed a complaint against the IRS in state court on November 28, 2011.  Defendant timely removed the case and the Court dismissed the complaint with prejudice.  Plaintiff's appeal was dismissed for failure to prosecute.  Plaintiff then filed a motion to set aside this Court's judgment, which was denied.  Plaintiff then filed an amended complaint in state court adding defendants, including the undersigned.  *See* docket entries 18 & 19.  The IRS filed a motion to dismiss to which plaintiff failed to respond.  For the reasons stated in defendant's motion and brief, the Court grants the motion [docket entry 21] and dismisses plaintiff's amended complaint with prejudice.

      SO ORDERED this 13th day of May, 2013.

                                                  /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE