**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DWIGHT ELLIS BROOKS, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:12CV00016 SWW |
| INTERNAL REVENUE SERVICE, | * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Order entered in this matter on this date, the complaint is dismissed with prejudice. The relief sought is denied.

DATED this 13th day of May, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE